IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

WILLIAM TAFT HARRIS,
    Plaintiff,

Case No.: 1:18-cv-1055-ECM

v.

WAL-MART STORES EAST LP,
    Defendant.

## JOINT STIPULATION OF DISMISSAL

COME NOW the parties hereto, by and through their undersigned counsel of record, and hereby stipulate to the dismissal, with prejudice, of the above styled lawsuit and any and all claims contained therein. As grounds therefor, the parties show unto the court that a full and final settlement has been effectuated.

    Respectfully submitted,

_/s/ Jonathan S. Harbuck_
Jonathan S. Harbuck
Lynlee Wells Palmer
Harbuck Keith & Holmes LLC
3595 Grandview PKWY, Suite 400
Birmingham, AL 35243
T: 205-547-5551 F: 205-547-5621

_/s/ Kira Fonteneau_
Kira Fonteneau
Counsel for Plaintiff
The Fonteneau Firm LLC
A member of the 5 Points Law Group LLC
2151 Highland Avenue, Ste. 205
Birmingham, AL 35205
T: 205.564.9005 F: 205.564-9006