IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| WILLIAM HARRIS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. Act. No.: 1:18-cv-1055-ECM |
| | ) |
| WALMART, INC., | ) |
| | ) |
| Defendant. | ) |

**O R D E R**

Based upon the Joint Stipulation of Dismissal (doc. 36), which comports with Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff's action against Defendant has been dismissed by operation of Rule 41(a)(1).

The Clerk of the Court is DIRECTED to close this case.

DONE this 22nd day of January, 2020.

                                            /s/ Emily C. Marks
                                        EMILY C. MARKS
                                        CHIEF UNITED STATES DISTRICT JUDGE